Your Honor,

Since 2014, after the end of a very brief dating relationship, the defendant has been sending me harassing text messages to which I have never responded. When I heard on the news a few years ago that he had been harassing other women and was convicted and sentenced to prison, this caused me great anxiety, and even more so after his release. I had been living in fear that he may attempt to threaten or harm me as well, and then it became a nightmare reality when the situation escalated on January 26, 2022, when the defendant sent me text messages threatening to come to my home on a specific date and time and sexually assault me. The concern for my future personal safety continues to cause me overwhelming anxiety, often disrupting my life, making it difficult to function at work, and in life in general. I am still very concerned for my well-being since previous time served did not deter the defendant from committing these acts again immediately upon release. I strongly believe that the defendant should receive the maximum sentence for all cases involved, as his actions have shown to be more aggressive and inherently dangerous over time.

T