June 12, 2023

Your Honor,

Hello, I am L███ S█████████, and I am writing in hopes to have my side of the story heard. Nearly 3 years ago I started receiving threatening phone calls at all of the hours of the night and day. All numbers were different each time so there was no blocking them, unfortunately. Every time I voiced my concerns or made a police report, I was brushed off and made to believe everything that was happening to me was my fault simply because my line of work and information being public. This letter is hopefully going to help make sure I am heard and the threats made towards my UNDERAGE daughter are also taken seriously. It came clear to me that my harasser was never going to be stopped until the right people took it seriously. Two years of being called at random times of the day with random numbers was a man at the other end of the line who was clearly masturbating while trying to get me irate with the things he would say to me. He would threaten to break into my home and do unspeakable things to me like rape me and my daughter. Each time he would call he would make it seem like he knew exactly where I was and what I was doing at the time. He has even went as far as threatening my (at the time 5 year old) daughter, E████. He called me around 6 P.M. one evening and very clearly said "L████, I am calling about your daughter E████, I want her PUSSY". Over time nothing was happening as far as help from my local police department. I was not able to sleep for months which caused me to not be able to work like I typically would or have a normal life. My husband works night shift half the month so on the evenings he would leave for work and I would have to go inside of my home alone, I would go in with a gun and make sure no one was inside before I felt it was safe for my children and I to go inside of our OWN home. With the threats made against my then 5 year old I had to make sure no one could take my children from school unless authorized by me. There were days my daughter wasn't allowed to go outside on the playground with friends when he called for her own safety. His threats were always bone chilling. I am still in therapy for all the trauma this man has caused my family and I. I still have panic attacks randomly during the night or when I have to show homes through work. It has affected me in more ways than one and this is something I will more than likely live with for the rest of my life. It was brought to my attention this "man" is not being punished for the things he has said about an undeeraged child. I even submitted a recording of him saying he wanted my daughter while clearly masturbating. No, this time he did not mention he wanted her "pussy" or say her name, but she is underage, so is my youngest daughter. This should put him behind bars for a very long time if anything. I wish I would have been able to record every phone call that was made to me, maybe then I would be able to help make sure this doesn't happen for a third and fourth time considering this is not his first rodeo. This "man" has belittled me in ways I have never felt before. He has made me feel disgusting, unsafe, caused deep anxiety, sleep deprivation, fearful of my job in ways, fearful of being home alone, and most importantly made me fear my children's safety when they're not in my care. PLEASE HEAR ME OUT, if for anyone, my daughter who is also a victim. A 5 year old little girl. The world is not safe with him in it. It will only be a matter of time before he carries out his acts. The text messages I received were only a taste of what he would tell me. It will then be too late to change what little charges he is getting away with now. If he did not learn his lesson the first set of years behind bars, these next few will not change him. Respectfully, L████ S█████████.