Attorney Lang,

I appreciate the opportunity to share some concerns I have regarding Robert Merkle, this case, and that Judge Stephen Clark is provided the full scope of R. Merkle's patterns of behavior.

I have tried to be concise and battle with my own relived trauma simply trying to advocate for myself and the other women he has threatened. I am available to expound on any of the information I am referencing.

Character reference facts regarding the behaviors of Robert Merkle:

My Case no. 1722-CR04530-01;  after meeting me at one public event he purposefully attend another public event in which I and another of his victims was present - THIS WAS PREMEDITATED STALKING

At his early parole hearing when directly asked the name of the 3rd women who's case resulted in a felony he gave my name (it was not me - YET he recalls my name and this is alarming. This follows the pattern of R.M. keeping a record of the women he threatens which is evident again to the current case in St. Louis County)

After his release on parole he was sent to his parents home in IL. They then filed a restraining order only a few months in for fear of their life (news reported that they parents said he was standing over their bed in the middle of the night)

Directly after his release he engaged again in threatening manners to multiple women - which is why the FBI and local St. Louis County courts are involved now.

Books published, 'The Ultimate Internet Outlaw' 'The Ultimate Internet Terrorist' in the last 90's are examples of a mindset that "feels he is above the law"

2018 court sentencing: defense attorney Hammer, plead for lesser punishment (sentencing to be served consecutively) in 2018 multiple cases - YET the current cases prove his mindset is fixated on continuing

**Victims deal with Trauma from the System put in place to offer help & Justice, not just the crimes they've experienced (of which no RESTITUTION is offered for trauma from the system)**
MY STORY reflects this:

- I never met the detective assigned to my case
- My case was shelved for a month
- I had to request a new detective
- I was denied a restraining order of which I never met the judge or was asked any clarification questions
- There was no attorney present for my grand jury hearing (I was not informed of my rights as a victim, I was asked what questions I had. I was not made aware of what law(s) were relevant to my case. I was unaware of what restitution was.)
- My case was knocked down to a misdemeanor due to lack of advocacy
- I was unaware of the role a Victim advocate or that I could request one
- It was nearly 4 years later that the public resource provided by SPARC*, the SHARP Risk Assessment, was offered to me. "The Risk profile consists of 14 factors associated with a wide variety of harms including physical or sexual attack, harm to others, ongoing and escalating stalking and harassment, and life sabotage.  SHARP is free to use and provides both a narrative

  of the stalking situation and the risk profile as well as information about stalking risks and safety suggestions." **MY score of risk was 10 out of 14!!!!**
- I finally received an order of protection 5 years later. After my stalker was arrested again.

The of the failures I experienced on behalf of the system could have been avoided by:

1. Awareness of the Resources within the system & available to the public
2. More Advocates in place & Updated training on Cyberstalking & Harassment
3. Specialized police training on Cyberstalking
4. Public Education/Awareness

*Stalking Prevention, Awareness, & Resource Center (SPARC)
SPARC is a project of AEquitas funded by the Department of Justice, Office on Violence Against Women (OVW). This project was supported by Grant No. 2017-TA-AX-K074.
Stalking & Harassment Assessment & Risk Profile (SHARP) SHARP is a 48-item web-based assessment which provides an assessment of the "big picture" of the stalking situation. It also provides a situational risk profile that consists of 14 factors associated with a wide variety of harms including physical or sexual attack, harm to others, ongoing and escalating stalking and harassment, and life sabotage.

Sincerely,
